# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| O'Malley, Kathleen M. | U.S. Court of Appeals for the Federal Circuit | 08/09/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

U.S. Court of Appeals for the Federal Circuit
717 Madison Place NW
Washington DC 20439

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Chair | Judge's Committee, Federal Circuit Bar Association |
| 2. | Member | U.S. Judicial Conference Committee on Space & Facilities |
| 3. | Member | National Academies, Committee on Development of the Third Edition of the Reference Manual on Scientific Evidence |
| 4. | Member | Dean's Advisory Committee, Case Law School |
| 5. | Member | Master Bencher, John M. Manos Inn of Court |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Covington & Burling |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Association of Corporate Patent Counsel | 01/22/11-01/26/11 | Naples, FL | ACPC Winter Meeting | Airfare, lodging, and meals |
| 2. | University of Southern California | 03/19/11-03/22/11 | Beverley Hills, CA | USC Intellectual Property Institute | Airfare, lodging, and meals |
| 3. | New York Intellectual Property Lawyers Association | 03/25/11-03/27/11 | New Yokr, NY | NYIPLA Annual Dinner | Train fare, lodging, and meals |
| 4. | Intellectual Property Owners Education Foundation | 05/23/11-05/25/11 | Brussels, Belgium | International Judges Conference | Airfare, lodging, and meals |
| 5. | New Jersey Intellectual Property Lawyers Association | 06/03/11-06/04/11 | Newark, NJ | NJIPLA Jefferson Medal Dinner | Train fare, lodging, and meals |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M. | 08/09/2012 |

| 6. | Linn American Inn of Court | 06/18/11-06/19/11 | Chicago, IL | Linn American Inn of Court Dinner | Airfare, lodging, and meals |
|---|---|---|---|---|---|
| 7. | Federal Circuit Bar Association | 06/24/11-06/27/11 | Miami, FL | Federal Circuit Bar Association | Airfare, lodging, and meals |
| 8. | Association of Corporate Patent Counsel | 06/27/11-06/29/11 | Seattle, WA | ACPC Summer Meeting | Airfare, lodging, and meals |
| 9. | Illinois Institute of Technology | 09/14/11-09/15/11 | Chicago, IL | Supreme Court Intellectual Property Review | Airfare, lodging, and meals |
| 10. | Federal Circuit Bar Association | 09/25/11-09/27/11 | Dallas, TX | Eastern District of Texas Bench & Bar | Airfare, lodging, and meals |
| 11. | Sedona Conference | 10/12/11-10/14/11 | San Diego, CA | Sedona Conference | Airfare, lodging, and meals |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M. | 08/09/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M. | 08/09/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank | A | Interest | M | T | | | | | |
| 2. Castle Harlan Affiliates IV-A, LLP | C | Distribution | J | U | Buy (add'l) | 02/18/11 | J | | |
| 3. Castle Harlan Partners V, LLP | C | Int./Div. | K | W | Buy | 06/04/11 | K | | |
| 4. | | | | | Buy (add'l) | 06/28/11 | J | | |
| 5. Mid-Atlantic Fund of Funds II, LP | D | Distribution | K | W | | | | | |
| 6. The Dinner Club I, LLC | E | Distribution | J | U | | | | | |
| 7. AEI Alien Series B Inv II, LLC | | None | K | W | Buy | 06/28/11 | K | | |
| 8. | | | | | | | | | |
| 9. MorganStanleySmithBarney Brokerage Account #1 | | | | | | | | | |
| 10. Blackrock Global Allocation Fund | A | Dividend | K | T | Buy (add'l) | 04/08/11 | J | | |
| 11. | | | | | Buy (add'l) | 05/10/11 | J | | |
| 12. | | | | | Buy (add'l) | 06/29/11 | J | | |
| 13. | | | | | Buy (add'l) | 09/06/11 | J | | |
| 14. Calamos Market Neutral Income | A | Dividend | K | T | Buy (add'l) | 03/08/11 | J | | |
| 15. | | | | | Buy (add'l) | 04/08/11 | J | | |
| 16. | | | | | Buy (add'l) | 05/10/11 | J | | |
| 17. | | | | | Buy (add'l) | 06/29/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M. | 08/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 09/06/11 | J | | |
| 19. Henderson Intl Opportunity Fund CL W | A | Dividend | K | T | Buy (add'l) | 03/08/11 | J | | |
| 20. | | | | | Buy (add'l) | 04/08/11 | J | | |
| 21. | | | | | Buy (add'l) | 05/10/11 | J | | |
| 22. | | | | | Buy (add'l) | 06/29/11 | J | | |
| 23. | | | | | Buy (add'l) | 09/06/11 | J | | |
| 24. Ivy Large Cap Growth Fund, fka Ivy Cap Apprc. Fund CL I | A | Dividend | K | T | Buy (add'l) | 03/08/11 | J | | |
| 25. | | | | | Buy (add'l) | 04/08/11 | J | | |
| 26. | | | | | Buy (add'l) | 05/10/11 | J | | |
| 27. | | | | | Buy (add'l) | 09/06/11 | J | | |
| 28. Loomis Sayles Strategic Inc Fund CL A | B | Dividend | K | T | Buy (add'l) | 03/08/11 | J | | |
| 29. | | | | | Buy (add'l) | 04/08/11 | J | | |
| 30. | | | | | Buy (add'l) | 05/10/11 | J | | |
| 31. | | | | | Buy (add'l) | 06/29/11 | J | | |
| 32. | | | | | Buy (add'l) | 09/06/11 | J | | |
| 33. Thornburg International Value Fund | A | Dividend | K | T | Buy (add'l) | 03/08/11 | J | | |
| 34. | | | | | Buy (add'l) | 04/08/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M. | 08/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 05/10/11 | J | | |
| 36. | | | | | Buy (add'l) | 06/29/11 | J | | |
| 37. | | | | | Buy (add'l) | 09/06/11 | J | | |
| 38. Thornburg Intermed Muni Natl Fund | B | Interest | L | T | Buy (add'l) | 03/08/11 | J | | |
| 39. | | | | | Buy (add'l) | 04/08/11 | J | | |
| 40. | | | | | Buy (add'l) | 05/10/11 | J | | |
| 41. | | | | | Buy (add'l) | 06/29/11 | J | | |
| 42. | | | | | Buy (add'l) | 09/06/11 | J | | |
| 43. Touchstone Mid Cap Growth Fund CL A | A | Dividend | J | T | Buy (add'l) | 03/08/11 | J | | |
| 44. | | | | | Buy (add'l) | 04/08/11 | J | | |
| 45. | | | | | Buy (add'l) | 05/10/11 | J | | |
| 46. | | | | | Buy (add'l) | 06/29/11 | J | | |
| 47. | | | | | Buy (add'l) | 09/06/11 | J | | |
| 48. Pimco Commodity Real Return Strategy Fund | D | Dividend | K | T | Buy (add'l) | 03/08/11 | J | | |
| 49. | | | | | Buy (add'l) | 04/08/11 | J | | |
| 50. | | | | | Buy (add'l) | 05/10/11 | J | | |
| 51. | | | | | Buy (add'l) | 06/29/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M. | 08/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 09/06/11 | J | | |
| 53. Cash Brokerage Acct #1 (X) | A | Interest | J | T | | | | | |
| 54. | | | | | | | | | |
| 55. MorganStanleySmithBarney Brokerage Account #2 | | | | | | | | | |
| 56. Cash Brokerage Acct #2 (X) | A | Interest | J | T | | | | | |
| 57. Blackrock Global Allocation Fund | A | Dividend | K | T | Buy (add'l) | 02/01/11 | J | | |
| 58. | | | | | Buy (add'l) | 03/08/11 | J | | |
| 59. | | | | | Buy (add'l) | 04/08/11 | J | | |
| 60. Calamos Market Neutral Income | A | Dividend | K | T | Buy (add'l) | 02/01/11 | J | | |
| 61. | | | | | Buy (add'l) | 03/08/11 | J | | |
| 62. | | | | | Buy (add'l) | 04/08/11 | J | | |
| 63. Henderson Intl Oppty Fund CL W | A | Dividend | K | T | Buy (add'l) | 02/01/11 | J | | |
| 64. | | | | | Buy (add'l) | 03/08/11 | J | | |
| 65. | | | | | Buy (add'l) | 04/08/11 | J | | |
| 66. Ivy Large Cap Growth Fund, fka Ivy Cap Apprec FD CLI | A | Dividend | K | T | Buy (add'l) | 02/01/11 | J | | |
| 67. | | | | | Buy (add'l) | 03/08/11 | J | | |
| 68. | | | | | Buy (add'l) | 04/08/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M. | 08/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Ivy Asset Strategy FD CLI | A | Dividend | K | T | Buy (add'l) | 02/01/11 | J | | |
| 70. | | | | | Buy (add'l) | 03/08/11 | J | | |
| 71. | | | | | Buy (add'l) | 04/08/11 | J | | |
| 72. Loomis Sayles Strategic Inc Fund CL A | C | Dividend | K | T | Buy (add'l) | 02/01/11 | J | | |
| 73. | | | | | Buy (add'l) | 03/08/11 | J | | |
| 74. | | | | | Buy (add'l) | 04/08/11 | J | | |
| 75. Nuveen NWQ Multi Cap Value Fund CL I | A | Dividend | K | T | Buy (add'l) | 03/08/11 | J | | |
| 76. | | | | | Buy (add'l) | 04/08/11 | J | | |
| 77. | | | | | Buy (add'l) | 05/10/11 | J | | |
| 78. | | | | | Buy (add'l) | 06/29/11 | J | | |
| 79. | | | | | Buy (add'l) | 09/06/11 | J | | |
| 80. Pimco Funds All Assest All Auth P | B | Dividend | K | T | Buy (add'l) | 03/08/11 | J | | |
| 81. | | | | | Buy (add'l) | 04/08/11 | J | | |
| 82. | | | | | Buy (add'l) | 05/10/11 | J | | |
| 83. | | | | | Buy (add'l) | 06/29/11 | J | | |
| 84. | | | | | Buy (add'l) | 09/06/11 | J | | |
| 85. Pimco Commodity Real Ret Strat Fund | D | Dividend | K | T | Buy (add'l) | 02/01/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M. | 08/09/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 03/08/11 | J | | |
| 87. | | | | | Buy (add'l) | 04/08/11 | J | | |
| 88. Thornburg Intl Value Fund CL I | A | Dividend | K | T | Buy (add'l) | 02/01/11 | J | | |
| 89. | | | | | Buy (add'l) | 03/08/11 | J | | |
| 90. | | | | | Buy (add'l) | 04/08/11 | J | | |
| 91. Thornburg Intermediate Muni Natl | A | Dividend | L | T | Buy (add'l) | 02/01/11 | J | | |
| 92. | | | | | Buy (add'l) | 03/08/11 | J | | |
| 93. | | | | | Buy (add'l) | 04/08/11 | J | | |
| 94. Touchstone Mid Cap Growth Fund CL A | A | Dividend | K | T | Buy (add'l) | 02/01/11 | J | | |
| 95. | | | | | Buy (add'l) | 03/08/11 | J | | |
| 96. | | | | | Buy (add'l) | 04/08/11 | J | | |
| 97. | | | | | | | | | |
| 98. Covington Pension Plan Cash | | | | | | | | | |
| 99. Balance Account | E | Interest | P1 | T | | | | | |
| 100. Covington & Burling Partnership LLP | B | Interest | P1 | W | | | | | |
| 101. | | | | | | | | | |
| 102. IRA #1 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M. | 08/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Dreyfus Liquid Assests Inc CL 2 | A | Interest | J | T | | | | | |
| 104. -Blackrock Global Allocation Fund | A | Dividend | K | T | Buy (add'l) | 02/01/11 | J | | |
| 105. | | | | | Buy (add'l) | 03/08/11 | J | | |
| 106. -Calamos Market Neutral Income | A | Dividend | K | T | Buy (add'l) | 02/01/11 | J | | |
| 107. | | | | | Buy (add'l) | 03/06/11 | J | | |
| 108. -Henderson Intl Oppty Fund CL W | A | Dividend | K | T | Buy (add'l) | 02/01/11 | J | | |
| 109. | | | | | Buy (add'l) | 03/08/11 | J | | |
| 110. -Ivy Large Cap Growth Fund, fka Ivy Cap Apprec CL I | A | Dividend | K | T | Buy (add'l) | 02/01/11 | J | | |
| 111. | | | | | Buy (add'l) | 03/08/11 | J | | |
| 112. -Ivy Asset Strategy Fund CL I | A | Dividend | K | T | Buy (add'l) | 02/01/11 | J | | |
| 113. | | | | | Buy (add'l) | 03/08/11 | J | | |
| 114. -Loomis Sayles Strategic Inc Fund CL A | A | Dividend | L | T | Buy (add'l) | 02/01/11 | J | | |
| 115. | | | | | Buy (add'l) | 03/08/11 | J | | |
| 116. -Nuveen NWQ Multi Cap Value Fund CL I | A | Dividend | K | T | Buy (add'l) | 02/01/11 | J | | |
| 117. | | | | | Buy (add'l) | 03/08/11 | J | | |
| 118. -Pimco Funds All Asset All Auth P | A | Dividend | K | T | Buy (add'l) | 02/01/11 | J | | |
| 119. | | | | | Buy (add'l) | 03/08/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M. | 08/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Pimco Total Return Fund CL P | A | Dividend | K | T | Buy (add'l) | 02/01/11 | J | | |
| 121. | | | | | Buy (add'l) | 03/08/11 | J | | |
| 122. -Pimco Commodity Real Ret Strat Fund | B | Dividend | K | T | Buy (add'l) | 02/01/11 | J | | |
| 123. | | | | | Buy (add'l) | 03/08/11 | J | | |
| 124. -Thornburg Intl Value Fund CL 1 | A | Dividend | K | T | Buy (add'l) | 02/01/11 | J | | |
| 125. | | | | | Buy (add'l) | 03/08/11 | J | | |
| 126. -Touchstone Mid Cap Growth Fund CL A | A | Dividend | J | T | Buy (add'l) | 02/01/11 | J | | |
| 127. | | | | | Buy (add'l) | 03/08/11 | J | | |
| 128. | | | | | | | | | |
| 129. Charles Scwab 401k | E | Dividend | O | T | | | | | |
| 130. -Vangaurd Inst Index | | | | | Sold | 01/20/11 | M | A | |
| 131. -Rainier Small/Midcap Equity | | | | | Sold (part) | 01/20/11 | J | C | |
| 132. | | | | | Sold | 11/16/11 | K | C | |
| 133. -Schwab MNG Ret Trust 2010 | | | | | Sold | 01/20/11 | N | C | |
| 134. -Schwab MNG Ret Trust 2020 | | | | | Sold | 01/20/11 | K | A | |
| 135. -Schwab MNG Ret Trust 2030 | | | | | Sold | 01/20/11 | K | A | |
| 136. -Vanguard Wellington Adm | | | | | Sold | 01/20/11 | L | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M. | 08/09/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Dodge & Cox Stock | | | | | Buy | 01/20/11 | M | | |
| 138. -American Funds Growth Fund of America | | | | | Buy | 01/20/11 | M | | |
| 139. | | | | | Sold | 11/16/11 | M | A | |
| 140. -American Beacon Small Cap Val Inst | | | | | Buy | 01/20/11 | K | | |
| 141. -Lazard Emerging Market Equity Inst | | | | | Buy | 01/20/11 | K | | |
| 142. -Thornburg Int'l Value 1 | | | | | Buy | 01/20/11 | M | | |
| 143. | | | | | Sold | 11/16/11 | M | A | |
| 144. -Pimco Total Return Inst | | | | | Buy | 01/20/11 | M | | |
| 145. -Schwab Stable Value Inst II | | | | | Buy | 11/16/11 | M | | |
| 146. -JP Morgan Large Cap Growth RS | | | | | Buy | 11/16/11 | M | | |
| 147. -Morgan Stanley Inst Mid Cap Growth | | | | | Buy | 11/16/11 | K | | |
| 148. -Thornburg Int'l Equity Fund | | | | | Buy | 11/16/11 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M. | 08/09/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

# FINANCIAL DISCLOSURE REPORT

Page 15 of 15

Name of Person Reporting

O'Malley, Kathleen M.

Date of Report

08/09/2012

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Kathleen M. O'Malley**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544